IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEVENDIA DENSON and
CANARY DENSON,

      Plaintiffs,

v.                                  CASE NO. 4:14cv309-RH/CAS

SERGEANT DUSTIN JORDAN,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on October 5, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge